JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-01362-DOC-KES           Date:  July 18, 2024

Title: RHONDA JOHNSON PAWNELL V. LUCIAN GRAINGE ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
|----------------|---------------|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|----------------------------------|----------------------------------|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT'S ORDERS**

On July 2, 2024 the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION (Dkt. 14). Plaintiff has failed to comply with the Court's Order to respond in writing or file an amended complaint by July 12, 2024.

Therefore, the Court ORDERS that this action is DISMISSED without prejudice for failure to comply with the Orders of the Court.

MINUTES FORM 11                                                Initials of Deputy Clerk
CIVIL-GEN