UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:24-cv-01362-DOC-KES                Date:  July 29, 2024

Title: RHONDA JOHNSON PAWNELL V. LUCIAN GRAINGE ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER ADDRESSING PLAINTIFF'S AMENDED COMPLAINT**

On July 2, 2024 the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION (Dkt. 14). When Plaintiff did not comply with the Court's order, the Court dismissed this case on July 18, 2024. (Dkt. 16). Plaintiff Rhonda Pawnell subsequently filed an amended complaint on the same day. (Dkt. 17).

Plaintiff Rhonda Pawnell's amended complaint again alleges federal question as its jurisdictional basis. *See* 28 U.S.C. § 1331. However, this allegation still appears improper because Plaintiff again cites no federal statute, treaty, or provision under which her action arises. Under federal question basis for jurisdiction, Plaintiff's complaint states: "Royalties were miappropriated [sic] and are not being distributed to the Plaintiff. The Defendants have their names on all the outlets for the Plaintiff to receive her royalties. Copyright clearly states that the Owner of the Songs are the rights of the musical recording and the Songwriter. Defendants have ignored" Complaint at 3. The Complaint goes on to allege that Defendants have wrongfully withheld royalties from

Plaintiff. *Id.* at 4. The Court cannot determine from these allegations any distinct federal question contained in the complaint.

Additionally, the complaint does not clearly allege diversity jurisdiction. See 28 U.S.C. § 1332. However, as the Court previously explained, and as Ms. Pawnell filled in portions of the complaint relating to diversity jurisdiction, the exercise of diversity jurisdiction would be improper because, according to the complaint, all plaintiffs are not diverse from all defendants. *See* 28 U.S.C. § 1332; *see also Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806). Here, both Plaintiff Rhonda Johnson Pawnell and Defendant Sir Lucian Grainge are alleged to be citizens of California.

Therefore, Plaintiff's amended complaint did not discharge the Court's Order to Show Cause and the Court will not set aside its prior order dismissing this case, as it appears the Court lacks subject matter jurisdiction.

| | |
|---|---|
| MINUTES FORM 11<br>CIVIL-GEN | Initials of Deputy Clerk: kdu |